FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 4 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DE'REEK BANKS | Criminal Information<br><br>No. 1:22-CR-0004 |

The United States Attorney charges that:

## Theft of Government Property
## 18 U.S.C. § 641

1. On or about February 26, 2019, in the Northern District of Georgia and elsewhere, the defendant, DE'REEK BANKS, did willfully and knowingly steal, purloin, convert to his own use, and, without authority, sell, convey, and dispose of a thing of value of the United States exceeding the sum of $1,000, namely, federal student loans issued by the United States Department of Education in the name of M.T., in violation of Title 18, United States Code, Section 641.

## Forfeiture

2. Upon conviction of the sole count in this Information, the defendant, DE'REEK BANKS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

KURT R. ERSKINE
   *United States Attorney*

*[signature]*

SAMIR KAUSHAL
  *Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303