FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 4 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| DE'REEK BANKS | 1:22-CR-0004 |

I, De'Reek Banks, the above named defendant, who is accused of theft of government property, in violation of Title 18, United States Code, Section 641 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 4, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
De'Reek Banks
Defendant

_____
Benjamin Alper
Counsel for Defendant

Before _____
Judicial Officer