# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cr-00004-WMR
### USA v. Banks
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 08/22/2022.

TIME COURT COMMENCED: 1:40 P.M.
TIME COURT CONCLUDED: 3:20 P.M.
TIME IN COURT: 1:40
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Sherri Lundy

| | |
|---|---|
| DEFENDANT(S): | [1]De'reek Banks Present at proceedings |
| ATTORNEY(S) PRESENT: | Benjamin Alper representing De'reek Banks<br>Samir Kaushal representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | No objections to the guideline calculations. Defense objects to the loss amount in the PSR as overstating the seriousness of the defense. Parties discussed calculating guidelines. The government stated the restitution is different than what is listed in the PSR and they will be relying on the probation office to provide updated information as to the amount and names of parties as to who receives restitution. The Defendant does not object. The Court otherwise accepts the PSR as submitted. The Court presented guideline calculations and sentencing options and heard argument from counsel regarding a reasonable sentence. The Court advised defendant of his right of allocution, Defendant's brother, Willie Taylor, and Defendant both made a statement. The Court considered the 3553 factors. The Court sentences Defendant to custody of the BOP 72 MONTHS and 3 YEARS of Supervised Release as to Count 1, $100.00 special assessment, fine waived. Defendant requests the Court recommend designation as close to Atlanta as possible, and the Court will include this language in its Judgment. No objections were made. Defendant is to voluntarily surrender and all conditions of the bond remain in effect. |
| HEARING STATUS: | Hearing Concluded |